UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN SUAREZ,

                Plaintiff,

    -against-

JONATHAN FEISTMAN, et al.,

                Defendants.

20-CV-11052 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued February 17, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 18, 2021
           New York, New York

                                            Louis L. Stanton
                                              U.S.D.J.